### 11564.   CHEEK *v.* TRIPP.

JENKINS, P. J.   This case being the trover case tried with the action for breach of contract referred to in *Cheek* v. *Tripp,* 25 *Ga. App.* 800 (105 S. E. 247), it is controlled by the decision there rendered, for the reasons stated in the first and second paragraphs of the opinion in that case.

> *Judgment reversed. Stephens and Hill, JJ., concur.*
> DECIDED JANUARY 20, 1921.

Trover; from Dooly superior court — Judge Gower. April 19, 1920.

*T. Hoyt Davis, Powell & Lumsden,* for plaintiff in error.

---

### 11567.   MUTUAL FERTILIZER COMPANY *v.* WHITE & SON.

STEPHENS, J.   A bond executed by the claimant in a claim case, conditioned to pay to the plaintiff in fi. fa. all damages which the latter "may sustain . . in case it should appear that said claim was made for the purpose of delay only," substantially complies with the Civil Code (1910), § 5158, which provides that the bond required of the claimant shall be "conditioned to pay the plaintiff all damages which the jury on the trial of the right of property may assess against him in case it should appear that said claim was made for the purpose of delay only." Civil Code (1910), §4(6). Whatever damages a jury may in such a case "assess" will, in contemplation of law, be such damages as the plaintiff in fi. fa. has "sustained," and therefore are recoverable under the bond. See, in this connection, Civil Code (1910), §§ 5169, 5173;. 5 Cyc. 751.

> *Judgment affirmed. Jenkins, P. J., and Hill, J., concur.*

DECIDED JANUARY 20, 1921.   REHEARING DENIED FEBRUARY 15, 1921.

Levy and claim; from city court of Valdosta — Judge Cranford. May 10, 1920.

Application for certiorari was denied by the Supreme Court.

*Franklin & Langdale,* for plaintiff in error.

*E. K. Wilcox,* contra.